

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Jackie Wayne Daniel,              * Original Mandamus Proceeding

No. 11-25-00139-CV                      * May 30, 2025

                                        * Memorandum Opinion by Bailey, C.J.
                                          (Panel consists of: Bailey, C.J.,
                                          Trotter, J., and Williams, J.)

This court has considered Jackie Wayne Daniel's petition for writ of mandamus and concludes that the petition for writ of mandamus should be dismissed in part and denied in part. We dismiss the petition for want of jurisdiction insofar as he seeks a writ of mandamus against the county clerk and/or county attorney, and we deny the petition for writ of mandamus with respect to any remaining claims.